**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CHAPTER 4 CORP.,<br><br>      Plaintiff,<br><br>v.<br><br>SUPREMETSHIRT.US, et al.,<br><br>      Defendants | Case No. 20-cv-02444<br><br>**Judge John Robert Blakey**<br><br>**Magistrate Judge Jeffrey I. Cummings** |

**SATISFACTION OF JUDGMENT**

WHEREAS, a judgment was entered in the above action on July 27, 2020 [68], in favor of Plaintiff Chapter 4 Corp. ("Plaintiff") and against the Defendants Identified in Schedule A in the amount of five hundred thousand dollars ($500,000) per Defaulting Defendant, and Supreme acknowledges payment of an agreed upon damages amount, costs, and interest and desires to release this judgment and hereby fully and completely satisfy the same as to the following Defendant:

| Defendant Name | Line No. |
|---|---|
| Kong Hong's store | 27 |

THEREFORE, full and complete satisfaction of said judgment as to the above-referenced Defendant are hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

| | |
|---|---|
| Dated this 28th day of August 2020. | Respectfully submitted,<br><br>/s/ Allyson M. Martin<br>Amy C. Ziegler<br>Justin R. Gaudio<br>Allyson M. Martin<br>Greer, Burns & Crain, Ltd.<br>300 South Wacker Drive, Suite 2500<br>Chicago, Illinois 60606<br>312.360.0080<br>312.360.9315 (facsimile)<br>aziegler@gbc.law<br>jgaudio@gbc.law<br>amartin@gbc.law<br><br>*Counsel for Plaintiff Chapter 4 Corp.* |